# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

__WILLIE FORREST__ v. __Department of Veteran Affairs__

No. __17-1917__

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: __WILLIE FORREST__
                               Name of party

I am, or the party I represent is (select one):

☒ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Tammy J. Lenzy |
| Law Firm: | Legal Counsel PC |
| Address: | 936 W. Madison St., #C3 |
| City, State and Zip: | Chicago, IL 60607 |
| Telephone: | (312) 624-9973 |
| Fax #: | (877) 655-2344 |
| E-mail address: | tjlenzy@legalcounselpc.net |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   4/4/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date __Apr 20, 2017__    Signature of pro se or counsel   /s/ Tammy J. Lenzy

cc: _____

Reset Fields